[Sac. No. 3800. In Bank.—December 7, 1926.]

In the Matter of the Estate of GEORGE K. RIDER, Deceased. JOSEPH H. CROSBY, Executor of the Last Will and Testament of ANNIE RIDER, Deceased, Appellant.

[1] ESTATES OF DECEASED PERSONS—FAMILY ALLOWANCE—DEATH OF PETITIONER—DISMISSAL OF APPEAL.—Where the petitioner for a family allowance from the estate of a deceased person dies pending an appeal from an order denying her petition, the questions involved in the appeal having become moot, the appeal will be dismissed.

---

(1) 4 C. J., p. 575, n. 80.

APPEAL from an order of the Superior Court of Sacramento County denying a family allowance. Charles O. Busick, Judge. Appeal dismissed.

The facts are stated in the opinion of the court.

White, Miller, Needham & Harper 'for Appellant.

---

See 2 Cal. Jur. 125.

Arthur C. Huston, O. G. Hopkins and Thomas B. Leeper for Respondent.

CURTIS, J.—This appeal was originally taken by Annie Rider, the surviving wife of George K. Rider, deceased, from an order of the probate court refusing to make a family allowance for her support during the administration of the estate of said deceased. Since the perfecting of said appeal Annie Rider has died and Joseph H. Crosby, as the executor of her last will and testament, has been substituted in her place and stead as appellant herein.

[1] Upon the death of said Annie Rider the questions involved herein have become moot. It would accomplish no purpose to permit the executor to prosecute this appeal, for even if he should succeed in securing a reversal of the order appealed from, the probate court could not, after the death of said Annie Rider, act upon her petition for a family allowance except to dismiss the same on account of her death.

This appeal is therefore dismissed.

Shenk, J., Richards, J., Waste, C. J., Finlayson, J., Seawell, J., and Sullivan, J., concurred.